PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eric Rodriguez                                                                                  Cr.: 07-00145-001

Name of Original Sentencing Judicial Officer: The Honorable Paul C. Huck (SD/FL)

Name of Newly Assigned Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: 02/15/01

Original Offense: Importation of Heroin

Original Sentence: Imprisonment 78 months, Supervised Release 5 years, Special Condition: urinalysis and drug treatment as directed by U.S. Probation Office

Type of Supervision: Supervised Release                                   Date Supervision Commenced: 05/22/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work over a period of or less, from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On June 22, 1996, Mr. Rodriguez was arrested in Leonia, New Jersey, and charged with driving under the influence of alcohol (DWI). A breathalyzer test revealed his blood alcohol level was .08% which is the legal limit. On September 12, 2006, the offender appeared in Leonia Municipal Court and pled guilty to the charge. He was fined and his driver's license was suspended for three months. Based on this incident, he agreed to sign the attached waiver permitting the addition of a special condition requiring him to complete 20 hours of community service.

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 03/27/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 30, 2007
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee
Eric Rodriguez

_____
DATE